UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>John J. Brady</u>

    v.                                Civil No. 08-cv-00235-JL

<u>Applebee's Northeast, Inc.</u>

**<u>O R D E R</u>**

The Preliminary Pretrial Conference was held in chambers on August 4, 2008.

The Discovery Plan (document no. 5) is **approved** as submitted.

The plaintiff's counsel intends to file a related complaint on behalf of the plaintiff's wife, which the parties anticipate will be consolidated with this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 4, 2008

cc:  H. Jonathan Meyer, Esq.
     Martha Van Oot, Esq.
     Jill K. Blackmer, Esq.